### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA ALEJANDRA GONZALEZ-CARPIO, <br><br> **Plaintiff**, <br><br> **v.** <br><br> BRACHA & SUCCESS ENTERPRISE LLC, *et als.*, <br><br> **Defendants**. | **Civil No.** 23-1256 (FAB) |

## ORDER

BESOSA, Senior District Judge.

Defendant's Motion for Leave to Appear Virtually at Trial is DENIED. (Docket No. 157.)  Under Fed. R. Civ. P. 43(a), the Court "may permit testimony in open court by contemporaneous transmission from a different location" after a showing of "good cause in compelling circumstances."  "[T]he rule is intended to permit remote testimony when a witness's inability to attend trial is the result of unexpected reasons, such as accident or illness, and not when it is merely inconvenient for the witness to attend the trial."  Williams v. City of Brockton, No. 12-10430-JGD, 2014 U.S. Dist. LEXIS 202413, at *2-3 (D. Mass. Nov. 24, 2014) (internal quotation marks omitted).  Defendants have known the current trial date since February.  See Docket No. 136.  International travel to and from Israel continues to operate normally.  See STATE OF ISRAEL MINISTRY OF TRANSPORT, AVIATION INFRASTRUCTURE DIVISION, CONFLICT UPDATE – MAY

Civil No. 23-1256 (FAB)                                                          2

28TH, 2025 – CAA ISRAEL, at p. 1 (2025) ("The conclusion remains that the risk at Ben Gurion Airport continues to be effectively mitigated by operational and technical measures taken by authorities and operators").  Therefore, if Defendants wish to present Mr. Brenner's testimony in support of their case, he must be present in Court.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May 28, 2025.

<u>s/ Francisco A. Besosa</u>
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE